IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN GALVAN,

      Petitioner,            No. CIV S-00-1142 DFL DAD P

      vs.

ROBERT L. AYERS,

      Respondent.        <u>ORDER</u>

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner will be directed to submit additional materials relating to the instant petition which are necessary to a determination of this action.

        Good cause appearing, IT IS HEREBY ORDERED that within fourteen days from the filed date of this order, petitioner shall lodge the March 14, 2002 decision of the California Superior Court issued in response to petitioner's petition for writ of habeas corpus filed in that

/////

/////

/////

1

court and the April 11, 2002 decision issued by the California Court of Appeal for the Third Appellate District with respect to petitioner's petition for writ of habeas corpus filed in that court.

DATED: November 3, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:galvan.exp