IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN GALVAN,

    Petitioner,                    No. CIV S-00-1142 DFL DAD P

    vs.

ROBERT L. AYERS,

    Respondent.                  ORDER

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  By order dated November 4, 2005, petitioner was ordered to lodge the March 14, 2002 decision of the California Superior Court, issued in response to petitioner's application for a writ of habeas corpus filed in that court on February 25, 2002.  On that same date, petitioner lodged the decision but omitted page twelve.

        Good cause appearing, IT IS HEREBY ORDERED that, within five days from the date of this order petitioner shall lodge a complete copy of the March 14, 2002 decision of the California Superior Court.

DATED: December 7, 2005.

                                                            DALE A. DROZD
                                                            UNITED STATES MAGISTRATE JUDGE

DAD:8:galv1142.o

1