IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN GALVAN,

    Petitioner,        No. CIV S-00-1142 DFL DAD P

  vs.

ROBERT L. AYERS,

    Respondent.       ORDER

_____/

      Petitioner has requested an extension of time to file objections to this court's March 15, 2006, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's April 4, 2006, request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file objections to the March 15, 2006, findings and recommendations.

DATED: April 5, 2006.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:galv1142.ext