IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN GALVAN,

      Petitioner,                        No. CIV S-00-1142 RRB-DAD-P

      vs.

ROBERT L. AYERS,

      Respondent.                    <u>ORDER</u>

_____/

        Petitioner Ivan Galvan ("Petitioner"), a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's September 25, 2006, denial of his application for a writ of habeas corpus. Before Petitioner can appeal this decision, a Certificate of Appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A Certificate of Appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Certificate of Appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A Certificate of Appealability should be granted for any issue that Petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

///

1

court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: (1) whether his trial counsel effectively abandoned him, resulting in a constructive denial of his Sixth Amendment right to counsel; (2) whether his trial counsel has a pattern and practice of providing his clients in criminal cases with constitutionally inadequate representation and provided Petitioner with prejudicially ineffective assistance of counsel; (3) whether Petitioner's due process right to a fundamentally fair trial was compromised when the trial court refused to grant a continuance so defense counsel could present expert testimony; (4) whether the trial court erroneously failed to instruct the jury on the concept of reasonable foreseeability and erroneously denied Petitioner's request for jury instructions on third party culpability and voluntary intoxication; (5) whether the trial judge was impartial; and (6) whether cumulative error requires that habeas relief be granted.

Accordingly, **IT IS HEREBY ORDERED** that a Certificate of Appealability is issued in the present action.

**ENTERED** this 5th day of July, 2007.

S/RALPH R. BEISTLINE  
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a Certificate of Appealability is the same as the standard that applied to issuance of a Certificate of Probable Cause. Jennings, at 1010.

2